ANNE E. LOPEZ          7609
Attorney General of Hawaii

SKYLER G. CRUZ         9551
Deputy Attorney General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
Email:  Skyler.G.Cruz@hawaii.gov

Attorney for Defendant
MARIE GAVIGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUEL PIERCE,<br><br>        Plaintiff,<br><br>  v.<br><br>MARIE GAVIGAN, in her personal capacity; GARY YAMASHIROYA, in his personal capacity; DAVID MATSUMIYA, in his personal capacity; JOHN DOES 1-10,<br><br>        Defendants. | CIVIL NO. 23-00359-JMS-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES, and ORDER<br><br><br><br><br><br>Trial Date: September 9, 2025<br>Judge:  Honorable J. Michael Seabright |

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND ALL PARTIES, and ORDER

Plaintiff Samuel Pierce, appearing on his own behalf, and Defendant Marie Gavigan, by and through her attorneys, stipulate and agree that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and LR41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, all claims against Defendant Marie Gavigan be and are hereby dismissed with prejudice. The parties shall each be responsible for their own costs and attorneys' fees.

All appearing parties in this action have agreed to this stipulation as evidenced by the signatures below. There are no pending motions, there are no remaining parties, and there are no remaining claims. Trial in the matter is set for September 9, 2025.

Dated: Honolulu, Hawaii, December 26, 2024.

/s/ SAMUEL PIERCE
SAMUEL PIERCE
Plaintiff *Pro Se*

Dated: Honolulu, Hawaii, December 26, 2024.

        STATE OF HAWAII

        ANNE E. LOPEZ
        Attorney General of Hawaii

        */s/ SKYLER G. CRUZ*
        SKYLER G. CRUZ
        Deputy Attorney General

        Attorneys for Defendant
        MARIE GAVIGAN

APPROVED AND SO ORDERED:



        /s/ J. Michael Seabright
        J. Michael Seabright
        United States District Judge

---

*Samuel Pierce v. and Marie Gavigan.*, U.S. District Court, District of Hawaii; CV23-00359-JMS-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES, and ORDER